Appeal No.    2019AP894

Cir. Ct. No.  2018TP10

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT III

IN RE THE TERMINATION OF PARENTAL RIGHTS TO T. L. E.-C.,
A PERSON UNDER THE AGE OF 18:

EAU CLAIRE COUNTY DEPARTMENT OF HUMAN SERVICES,

PETITIONER-RESPONDENT,

V.

S. E.,

RESPONDENT-APPELLANT.

FILED

May 19, 2020

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Ave., Suite 1020
Milwaukee, WI  53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI  54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Emily M. Long
Circuit Court Judge
Eau Claire County Courthouse
721 Oxford Ave.
Eau Claire, WI 54703

Jean Gay
Juvenile Clerk
Children's Court Services
721 Oxford Ave., Ste. 2201
Eau Claire, WI 54701

Thomas Brady Aquino
Assistant State Public Defender
P.O. Box 7862
Madison, WI 53707-7862

Sharon L. McIlquham
Eau Claire County Corporation Counsel
721 Oxford Ave.
Eau Claire, WI 54703

Erika Caroline Amundson
1241 Menomonie St. #G
Eau Claire, WI 54703

Nicholis John Schroeder
State Public Defenders Office
21 S. Barstow Street, 3rd Floor
Eau Claire, WI 54701

      PLEASE TAKE NOTICE that corrections were made to paragraph 28 in the above-captioned opinion which was released on May 13, 2020. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.